446 A.2d 670

Commonwealth v. Jones, Appellant.

Petition for Allowance of Appeal Denied Sept. 16, 1982.

Submitted March 9, 1982. Charles A. Cunningham, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.